# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
K.O. and E.O., Jr., by and through their parents and next )
friends, E.O. and L.J.; and C.J, by and through his father )
and next friend F.C.; each individually and on behalf of )
all others similarly situated; )
)
        Plaintiffs, )
)
  v. )
)
JEFFERSON BEAUREGARD SESSIONS III, )
Attorney General of the United States; KIRSTJEN )
NIELSEN, Secretary of the United States Department )
of Homeland Security (DHS); JOHN F. KELLY, )
White House Chief of Staff; STEPHEN MILLER, )
Senior Advisor to the President; GENE HAMILTON, )
Counselor to the Attorney General Sessions; )
THOMAS HOMAN, former Director of United States )
Immigration and Customs Enforcement (ICE); )
RONALD D. VITIELLO, Acting Director of ICE; L. )
FRANCIS CISSNA, Director of United States )
Citizenship and Immigration Services (USCIS); )
KEVIN K. MCALEENAN, Commissioner of United )
States Customs and Border Protection (CBP); ALEX )
AZAR, Secretary of the United States Department of )
Health and Human Services (HHS); SCOTT LLOYD, )
Director of the United States Office of Refugee )
Resettlement (ORR); JOHN DOE ICE AGENTS; )
JOHN DOE CBP AGENTS; and JOHN DOE ORR )
PERSONNEL; )
)
        Defendants. )
_____)

CIVIL ACTION NO.
4:18-CV-40149

## MOTION TO PROCEED UNDER PSEUDONYMS
## AND FOR PROTECTIVE ORDER

Plaintiffs K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.,

and C.J, by and through his father and next friend F.C., individually and behalf of all others

similarly situated (the "Plaintiffs"), hereby seek authorization to proceed under pseudonyms in the above-captioned civil action, stating in support as follows:

1.      Plaintiffs have commenced a class action to recover damages and to establish a fund for the mental health treatment of all class members harmed by the Defendants.  The Defendants, by and through their forcible separation of the Plaintiffs and other minor children class members from their parents, have violated the Plaintiffs' constitutionally-protected rights, conspired to interfere with their civil rights, and refused or neglected to prevent or aid in preventing such conspiracies, among other claims.

2.      Plaintiffs are gravely concerned for their safety and fear that they may be harmed or that they may be subject to retribution due to their filing this lawsuit.  As set forth in more detail in the accompanying memorandum of law and supporting affidavits, L.J. has demonstrated a credible fear of persecution if she and her family were to be forcibly returned to Guatemala. Likewise, F.C. has a credible fear that he and his son would be harmed if they were to be forcibly returned to Guatemala.  Plaintiffs fear that publicity with respect to their whereabouts and those of their mother will jeopardize their safety.

For these reasons, Plaintiffs respectfully request that this Court:

A.      Grant their motion to proceed under pseudonyms; and

B.      Enter a protective order (a) prohibiting Defendants from disclosing Plaintiffs' identities to any third party unless such disclosure is necessary to defend against this action or to comply with any orders this Court may enter, and (b) requiring that any party that publicly files a document identifying Plaintiffs redact all personal identifiers therein in accordance with Fed. R. Civ. P. 5.2.

Respectfully submitted,

K.O. and E.O., Jr., by and through their parents and
next friends, E.O. and L.J.; and C.J, by and through
his father and next friend F.C.; each individually
and on behalf of all others similarly situated, on
behalf of themselves and all others similarly
situated,

By their attorneys,

*Susan B. Church*
Howard M. Cooper (BBO # 543842)
Joseph M. Cacace (BBO # 672298)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
jcacace@toddweld.com

Susan B. Church (BBO # 639306)
Derege Demissie (BBO # 637544)
Heather Yountz (BBO # 669770)
Brittanie Allen (BBO # 697561)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
(617) 319-2399
sbc@demissiechurch.com
dd@demissiechurch.com

Jeff Goldman (BBO # 548056)
Jesse M. Bless (BBO # 660713)
THE LAW OFFICES OF JEFF GOLDMAN LLP
125 Washington Street, Ste. 204
Salem, MA 01970
(781) 704-3897
Jeff@@jeffgoldmanimmigration.com
Jesse@jeffgoldmanimmigration.com

David A. Vicinanzo (*pro hac vice* to be requested)
Nathan P. Warecki (BBO# 687547)

Lauren Maynard (BBO# 698742)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000
dvicinanzo@nixonpeabody.com
nwarecki@nixonpeabody.com
lmaynard@nixonpeabody.com

Iván Espinoza-Madrigal (*pro hac vice* to be
requested)
Oren N. Nimni (BBO # 691821)
Lawyers'Committee for Civil Rights and Economic
Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0624
iespinoza@lawyerscom.org
onimni@lawyerscom.org

Dated:  September 7, 2018

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), and Federal Rule of Civil Procedure 37(a), counsel for Plaintiffs will confer with counsel for the Defendants upon the  appearance of counsel in an effort to resolve the issues underlying this Motion.

/s/ *Susan B. Church*
Susan B. Church

## CERTIFICATE OF SERVICE

I hereby certify that this document, along with the Summons and Complaint, will be served by on each of the Defendants in accordance with Fed. R. Civ. P. 4 and by certified mail on the Attorney General of the United States and the Office of the United States Attorney for the District of Massachusetts.

/s/ *Susan B. Church*
Susan B. Church