UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.; and C.J., by and through his father and next friend F.C.; each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Former Attorney General of the United States; KIRSTJEN NIELSEN, Secretary of the United States Department of Homeland Security (DHS); JOHN F. KELLY, White House Chief of Staff; STEPHEN MILLER, Senior Advisor to the President; GENE HAMILTON, Counselor to the Attorney General Sessions; THOMAS HOMAN, former Director of United States Immigration and Customs Enforcement (ICE); RONALD D. VITIELLO, Acting Director of ICE; L. FRANCIS CISSNA, Director of United States Citizenship and Immigration Services (USCIS); KEVIN K. MCALEENAN, Commissioner of United States Customs and Border Protection (CBP); ALEX AZAR, Secretary of the United States Department of Health and Human Services (HHS); SCOTT LLOYD, Director of the United States Office of Refugee Resettlement (ORR); JOHN DOE ICE AGENTS; JOHN DOE CBP AGENTS; and JOHN DOE ORR PERSONNEL,<br><br>Defendants. | C.A. No. 18-40149-TSH |

**OPPOSITION TO MOTION FOR LEAVE FROM
COMPLIANCE WITH LOCAL RULE 15.1**

Plaintiffs seek leave from compliance with the service requirements of Local Rule 15.1. Dkt. 66. As explained in the Individual Defendants' opposition to Plaintiffs' motion for leave to amend, notice to *the Individual Defendants* that Plaintiffs might amend to add FTCA claims

against the United States could not constitute notice to – and certainly not effect service on – the United States as the rules require. Dkt. 72 at 5–6. Therefore, Plaintiffs' motion should be denied.

The United States, which is not yet a party to this suit and will be represented by separate counsel, may separately file an opposition or objection to Plaintiffs' motion.

    Respectfully submitted,

    JOSEPH H. HUNT
    *Assistant Attorney General*
    *Civil Division*

    C. SALVATORE D'ALESSIO, JR.
    *Acting Director*
    *Constitutional & Specialized Tort Litigation*
    *Torts Branch, Civil Division*

    MARY HAMPTON MASON
    NY Bar No. 2255198, under L.R. 83.5.3(c)
    *Senior Trial Counsel*
    *Constitutional & Specialized Tort Litigation*
    *Torts Branch, Civil Division*

    /s/ Paul Quast
    PAUL QUAST
    CO Bar No. 49154, under L.R. 83.5.3(c)
    *Trial Attorney*
    *Constitutional & Specialized Tort Litigation*
    *Torts Branch, Civil Division*
    *Department of Justice*
    *Box 7146 Washington, DC 20044*
    *(202) 616-4150*
    paul.c.quast@usdoj.gov

    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by means of the District Clerk's CM/ECF electronic filing system on May 31, 2019.

/s/ Paul Quast
PAUL QUAST
CO Bar No. 49154, under L.R. 83.5.3(c)
*Trial Attorney*
*Constitutional & Specialized Tort Litigation*
*Torts Branch, Civil Division*
*Department of Justice*
*Box 7146 Washington, DC 20044*
*(202) 616-4150*
paul.c.quast@usdoj.gov

*Counsel for Defendants*